# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

141897

RICKY S. BENNETT,
      Plaintiff-Appellee,

v

MACKINAC BRIDGE AUTHORITY,
      Defendant-Appellant,
and

AMERICAN PAINTING COMPANY, INC.,
and AMERISURE INSURANCE COMPANY,
      Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141897
COA: 287628
WCAC: 07-000254

On order of the Court, the application for leave to appeal the August 31, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

0316

_____
Clerk